FOURTH DEPARTMENT, MARCH, 1948.

(March 10, 1948.)

In the Matter of the Probate of the Will of KATHERINE CUSICK, Deceased. EUGENE MANNING, Appellant; BESSIE WISTNER et al., Respondents.— Decree and order affirmed, with costs to all respondents filing briefs payable out of the estate. All concur. (The decree admits a will to probate. The order denies contestant's motion to deny probate and for a new trial.) Present — Taylor, P. J., Larkin, Love, Vaughan and Kimball, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN DOLAC, Respondent, against JOHN F. FOSTER, Warden of Auburn State Prison, Defendant. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order reversed on the law and facts, without costs of this appeal to any party, and writ dismissed. Memorandum: The sentencing court held that the respondent is legally held in custody as a second offender. The respondent has not appealed. The confession of respondent, in which he admitted that he was armed, was received in evidence on the trial and was not, so far as the record shows, challenged by the respondent. At the close of all the evidence but before the case was sent to the jury, the defendant-respondent pleaded guilty to robbery in the second degree. There was a reviewable record containing the confession and no further hearing was necessary for a finding that the respondent was armed under the rule in *People v. Caruso* (249 N. Y. 302). The additional sentence under section 1944 of the Penal Law was proper. All concur. (The order sustains a writ of habeas corpus insofar as the imposition of the additional term of five years is concerned and directs that relator be discharged from custody at the termination of his fifteen year sentence and that relator's name be certified to the Governor.) Present — Taylor, P. J., Larkin, Love, Vaughan and Kimball, JJ.

In the Matter of the Accounting of LINCOLN ROCHESTER TRUST COMPANY, as Executor of WALTER H. WOOD, Deceased, Respondent. COUNTY OF MONROE, Appellant.— Order affirmed, with costs. All concur. (The order settles the accounts of an executor.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [187 Misc. 972.]

MARIE L. NASCA, as Administratrix of the Estate of PHILIP M. NASCA, Deceased, Appellant, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint at the close of plaintiff's case, in a railroad negligence action.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

SETH BAKER, Individually and as Administrator of the Estate of CHARLES BAKER, Deceased, Appellant, v. ONALEE B. SPRAGUE et al., Respondents.— Judgment affirmed, with costs. All concur, Larkin, J., not voting. (The judgment dismisses the complaint in an action for conspiracy and fraud.) Present — Taylor, P. J., McCurn, Larkin, Love and Kimball, JJ.